**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6339**

_____

JOSEPH STILWELL,

Plaintiff - Appellant,

versus

CONCECO, Medical Contractor; DOCTOR WRAY;
DOCTOR STERN, a/k/a F. C. Sturmer,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-99-1094-AM)

_____

Submitted:  May 8, 2001                    Decided:  June 5, 2001

_____

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph Stilwell, Appellant Pro Se.  Frank Fletcher Rennie, IV, COWAN & OWEN, P.C., Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Stilwell appeals the district court's order granting summary judgment to the Appellees and dismissing his civil rights complaint alleging that the Appellees were deliberately indifferent to his medical needs. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Stilwell v. Conceco</u>, No. CA-99-1094-AM (E.D. Va. Feb. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>